JOHN McNALLY, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Argued November 26, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 455.

For the appellant, *Walter L. Glenney.*

For the respondent, *Richard Doherty.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.